MABEL AREY LUDLAM, Appellant, v. WALTER R. HERRICK, Guardian ad Litem of HENRY AREY LUDLAM and Others, Respondent, Impleaded with Others.— As the order of the Special Term enumerates " Filed papers County Clerk's office, 6 to 9," those papers should be before the court upon the appeal; but as it appears that the proposed printed record sufficiently presents the questions sought to be presented to this court, the appellant is excused from printing said filed papers, which, however, should

be submitted to this court upon the argument. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.